UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN S. MILLER,

    Petitioner,

v.

UNKNOWN,

    Respondent.

Case No. 16-00416 BLF (PR)

**ORDER OF TRANSER**

    Petitioner, a state prisoner at the Valley State Prison in Chowchilla, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state sentence out of Orange County. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Here, Petitioner is challenging his conviction out of Orange County, which lies within the venue of the Southern Division of the Central District of California. See 28 U.S.C. § 84(c). Therefore, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Southern Division of the Central District of California. See 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

    **IT IS SO ORDERED.**

Dated: May 23, 2016

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\HC.16\00416Miller_transfer