1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN S. MILLER,<br><br>           Petitioner,<br><br>     v.<br><br>RAYTHEL FISHER, Warden,<br><br>           Respondent. | Case Nos.  SACV 16-0286 RGK (SS)<br>            SACV 16-0975 RGK (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petitions, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1  \\

2  **IT IS ORDERED** that the Petitions are denied and Judgment
3  shall be entered dismissing these actions without prejudice.

4

5  **IT IS FURTHER ORDERED** that the Clerk serve copies of this
6  Order and the Judgment herein on Petitioner at his address of
7  record.

8

9  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10

11  DATED: July 22, 2016

12
13  _____
    R. GARY KLAUSNER
14  UNITED STATES DISTRICT JUDGE

2