# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN S. MILLER,<br><br>           Petitioner,<br><br>  v.<br><br>RAYTHEL FISHER, Warden,<br><br>           Respondent. | Case Nos. SACV 16-0286 RGK (SS)<br>          SACV 16-0975 RGK (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned actions are dismissed without prejudice.

DATED: July 22, 2016

*Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE